## Funeral Benefit Association v. Ross. `

OPINION BY ORLADY, P. J., April 17, 1916:

' The question involved in this case is disposed of in an opinion filed to No. 159, October Term, 1915, in which the plaintiff is the same as herein, and the defendants, persons holding the same relation to it as the ones stated in this record.

For the reasons therein given the same order is made in this case.